Ayers *v.* Franklin County.

Duckworth, Justice. The Supreme Court does not have jurisdiction to review a judgment sustaining a demurrer to a petition against Franklin County seeking only a judgment, because of personal injuries, in the amount of $20,000. Code, § 2-3005. Nor does the fact that the plaintiff in error excepts to such judgment upon the ground that it offends article 1, section 1, paragraph 2 and article 7, section 6, paragraph 2 of the constitution (Code, §§ 2-102, 2-5402) confer jurisdiction upon the Supreme Court. The exception does not require a construction of the provisions of the constitution, but requires merely an application of such provisions, and the Court of Appeals has jurisdiction. Code, § 2-3009;. *Wynn* v. *State,* 178 *Ga.* 193 (172 S. E. 565); *Head* v. *Edgar Brothers Co.,* 187 *Ga.* 409 (200 S. E. 792); *Chastain* v. *Alford,* 191 *Ga.* 677 (13 S. E. 2d, 769).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 15294.  October 5, 1945.

*G. P. Martin* and *J. B. G. Logan,* for plaintiff.
*A. C. Carson* and *George L. Goode,* for defendant.